NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff-Appellee,*

**v.**

**INNOLUX CORPORATION** (FORMERLY KNOWN AS CHIMEI INNOLUX CORPORATION) AND **INNOLUX CORP.,**
*Defendants,*

AND

**HON HAI PRECISION INDUSTRY CO., LTD.,**
*Movant-Appellant.*

———————————

2013-1178

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 11-CV-0378, Judge J. Rodney Gilstrap.

———————————

**JUDGMENT**

———————————

MARTIN J. BLACK, Dechert LLP, of Philadelphia, Pennsylvania, argued for the plaintiff-appellee. With him

on the brief were JEFFREY B. PLIES and VINCENT A. GALLO.

PETER J. WIED, Goodwin Procter LLP, of Los Angeles, California, argued for movant-appellant. With him on the brief were TERRY D. GARNETT, VINCENT K. YIP, and JAY C. CHIU.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2013          /s/  Daniel E. O'Toole
          Date                     Daniel E. O'Toole
                                   Clerk